UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY W. ALEXANDER and DIANE M. ALEXANDER, Pro Per,<br><br>                Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE OF WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-PR4, an enslegis being used to conceal fraud; WASHINGTON MUTUAL BANK, Washington corporation, an enslegis being used to conceal fraud; NORTHWEST TRUSTEE SERVICES, INC., an enslegis being used to conceal fraud; and JOHN DOES (Investors), 1-10,000, et al.,<br><br>                Defendants. | NO: 12-CV-05002-TOR<br><br>ORDER GRANTING PLAINTIFFS' VOLUNTARY DISMISSAL |

      Before the Court is the Plaintiffs' Notice of Voluntary Dismissal (EFC No. 20). The Court notes that Defendants have moved for dismissal (ECF Nos. 8 and 12) and those motions are pending.

ORDER GRANTING DISMISSAL ~ 1

1  The Plaintiffs submit that the above-captioned matter should be dismissed without prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Plaintiffs' Notice of Voluntary Dismissal (EFC No. 20) is **GRANTED** without prejudice and without costs to either party.

2. Defendants' Motions to Dismiss (ECF Nos. 8 and 12) are **DENIED** as moot.

The District Court Executive is directed to enter this Order, provide copies to the parties, and close the file.

**DATED** this 28th day of March, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING DISMISSAL ~ 2